**Electronically Filed
Supreme Court
SCWC-16-0000473
14-MAY-2020
10:40 AM**

SCWC-16-0000473

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

TED'S WIRING SERVICE, LTD.,
Petitioner-Respondent/Plaintiff-Appellee,

vs.

DEPARTMENT OF TRANSPORTATION, STATE OF HAWAI'I;
Respondent-Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-16-0000473; CIV. NO. 13-1-1910)

<u>ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI</u>
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner-Respondent/Plaintiff-Appellee Ted's Wiring

Service, Ltd.'s application for writ of certiorari, filed on

April 3, 2020, is hereby rejected.

DATED:  Honolulu, Hawai'i, May 14, 2020.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

